# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00309-CV

**Waterworks Corral Creek, LLC; and Saltwater Disposal Systems, LLC, Appellants**

**v.**

**Aquatech Saltwater Disposal LLC d/b/a AquaTech Water & Disposal, LLC; and
Eric Schmitz, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-15-001943, HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants have filed a motion to stay proceedings in the district court while their interlocutory appeal is pending in this Court. In their response to the motion, appellees informed the Court that the parties are scheduled to attend a mediation ordered by the district court and that the mediation is scheduled for July 14, 2016. We abate this appeal to allow the parties to conduct the scheduled mediation. *See* Tex. R. App. P. 29.3 (appellate court may make any temporary orders necessary to preserve parties' rights). The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to reinstate on or before August 1, 2016. The appeal will remain abated until further order of this Court.

Before Chief Justice Rose, Justices Pemberton and Bourland

Abated

Filed:   June 30, 2016